No. 78–1761. BALLARD ET AL. *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–1811. TEXAS STATE BOARD OF PUBLIC ACCOUNTANCY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–1907. GEORGE *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 78–6801. ROGERS *v.* MALLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–6831. REVELS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 78–6863. PAINE *v.* BAKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–6901. JONES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6912. HOLTON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 78–6928. POPE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–6936. SCOTT *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–30. KLEIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 79–104. SAVE OUR WETLANDS, INC. (SOWL) *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.